## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: BEALER, BRANDI | § | Case No. 19-13388-A |
| WOODS, BLAKE ALVIN | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Barbara Rivera-Fulton, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00<br>*(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants:$4,204.13 | Claims Discharged<br>Without Payment: $61,449.20 |
| Total Expenses of Administration:$1,924.15 | |

3) Total gross receipts of $ 6,128.28 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,128.28 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,924.15 | 1,924.15 | 1,924.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 65,226.78 | 6,582.55 | 6,582.55 | 4,204.13 |
| **TOTAL DISBURSEMENTS** | $65,226.78 | $8,506.70 | $8,506.70 | $6,128.28 |

4) This case was originally filed under Chapter 7 on December 19, 2019. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/28/2021          By: /s/Barbara Rivera-Fulton
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Insurance Reimbursement | 1249-000 | 6,128.28 |
| **TOTAL GROSS RECEIPTS** | | $6,128.28 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Barbara Rivera-Fulton | 2100-000 | N/A | 1,362.83 | 1,362.83 | 1,362.83 |
| Trustee Expenses - Barbara Rivera-Fulton | 2200-000 | N/A | 256.00 | 256.00 | 256.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - U.S. | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 10.43 | 10.43 | 10.43 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 9.76 | 9.76 | 9.76 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 9.42 | 9.42 | 9.42 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 10.71 | 10.71 | 10.71 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,924.15 | $1,924.15 | $1,924.15 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 619.17 | 619.17 | 395.45 |
| 2 | T Mobile/T-Mobile USA Inc | 7100-000 | 2,299.00 | 1,289.89 | 1,289.89 | 823.82 |
| 3 | T Mobile/T-Mobile USA Inc | 7100-000 | 3,697.00 | 3,697.32 | 3,697.32 | 2,361.40 |
| 4 | Navy Federal CU | 7100-000 | N/A | 732.84 | 732.84 | 468.05 |
| 5 | Citibank, N.A. | 7100-000 | 160.00 | 243.33 | 243.33 | 155.41 |
| NOTFILED | Hancock Whitney | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Oak Alley Apartments | 7100-000 | 875.00 | N/A | N/A | 0.00 |
| NOTFILED | Geico Casualty Attention: Region 3 | 7100-000 | 404.67 | N/A | N/A | 0.00 |
| NOTFILED | Genesis FS Card Services | 7100-000 | 422.00 | N/A | N/A | 0.00 |
| NOTFILED | Progressive Credit Collection Services | 7100-000 | 559.00 | N/A | N/A | 0.00 |
| NOTFILED | SpeedyCash.com Attn: Bankruptcy | 7100-000 | 1,333.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Seventh Avenue | 7100-000 | 397.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/Amazon | 7100-000 | 857.00 | N/A | N/A | 0.00 |
| NOTFILED | TBOM/ATLS/Fortiva | 7100-000 | 3,366.00 | N/A | N/A | 0.00 |
| NOTFILED | GM Financial | 7100-000 | 12,013.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit One Bank | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 7100-000 | 11,367.00 | N/A | N/A | 0.00 |
| NOTFILED | Sprint Communications Bankruptcy Dept. | 7100-000 | 540.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Acceptance Corporation | 7100-000 | 13,963.00 | N/A | N/A | 0.00 |
| NOTFILED | First Premier Bank | 7100-000 | 422.00 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Aarons Sales & Lease | 7100-000 | 526.29 | N/A | N/A | 0.00 |
| NOTFILED | Cox Communications | 7100-000 | 560.00 | N/A | N/A | 0.00 |
| NOTFILED | Cox Communications | 7100-000 | 218.00 | N/A | N/A | 0.00 |
| NOTFILED | Allstate Insurance Company | 7100-000 | 364.92 | N/A | N/A | 0.00 |
| NOTFILED | American Thrift | 7100-000 | 5,797.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit One Bank | 7100-000 | 744.00 | N/A | N/A | 0.00 |
| NOTFILED | Aarons Sales & Lease | 7100-000 | 1,141.90 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $65,226.78 | $6,582.55 | $6,582.55 | $4,204.13 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 19-13388-A | **Trustee:** (380060) Barbara Rivera-Fulton |
| **Case Name:** BEALER, BRANDI | **Filed (f) or Converted (c):** 12/19/19 (f) |
| WOODS, BLAKE ALVIN | **§341(a) Meeting Date:** 01/17/20 |
| **Period Ending:** 04/28/21 | **Claims Bar Date:** 12/31/20 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Insurance Reimbursement (u) | 0.00 | 6,128.28 | | 6,128.28 | FA |
| 1 | **Assets** Totals (Excluding unknown values) | **$0.00** | **$6,128.28** | | **$6,128.28** | **$0.00** |

**Major Activities Affecting Case Closing:**

TDR

Trustee awaiting zero balance bank statements to prepare TDR.

**Initial Projected Date Of Final Report (TFR):** January 1, 2021   **Current Projected Date Of Final Report (TFR):** January 8, 2021 (Actual)

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 19-13388-A | | | **Trustee:** | Barbara Rivera-Fulton (380060) | |
| **Case Name:** | BEALER, BRANDI | | | **Bank Name:** | Metropolitan Commercial Bank | |
| | WOODS, BLAKE ALVIN | | | **Account:** | ******4419 - Checking Account | |
| **Taxpayer ID #:** | **-***4678 | | | **Blanket Bond:** | $31,981,268.00 (per case limit) | |
| **Period Ending:** | 04/28/21 | | | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/19/20 | {1} | Wells Fargo Auto | Unscheduled insurance claim | 1249-000 | 6,128.28 | | 6,128.28 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 6,123.28 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 10.43 | 6,112.85 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 9.76 | 6,103.09 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 9.42 | 6,093.67 |
| 12/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 10.71 | 6,082.96 |
| 03/10/21 | 101 | U.S. Bankruptcy Court Eastern Dist. of LA | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 260.00 | 5,822.96 |
| 03/10/21 | 102 | Quantum3 Group LLC as agent for | Dividend paid  63.86% on $619.17; Claim# 1; Filed: $619.17; Reference: 8407 CELTIC/INDIGO | 7100-000 | | 395.45 | 5,427.51 |
| 03/10/21 | 103 | T Mobile/T-Mobile USA Inc | Dividend paid  63.86% on $1,289.89; Claim# 2; Filed: $1,289.89; Reference: 0804 | 7100-000 | | 823.82 | 4,603.69 |
| 03/10/21 | 104 | T Mobile/T-Mobile USA Inc | Dividend paid  63.86% on $3,697.32; Claim# 3; Filed: $3,697.32; Reference: 4536 | 7100-000 | | 2,361.40 | 2,242.29 |
| 03/10/21 | 105 | Navy Federal CU | Dividend paid  63.86% on $732.84; Claim# 4; Filed: $732.84; Reference: 2598 | 7100-000 | | 468.05 | 1,774.24 |
| 03/10/21 | 106 | Citibank, N.A. | Dividend paid  63.86% on $243.33; Claim# 5; Filed: $243.33; Reference: 0183 CITI | 7100-000 | | 155.41 | 1,618.83 |
| 03/10/21 | 107 | Barbara Rivera-Fulton | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,618.83 | 0.00 |
| | | | Dividend paid 100.00%          1,362.83 on $1,362.83;  Claim# ; Filed: $1,362.83 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%           256.00 on $256.00;  Claim# ; Filed: $256.00 | 2200-000 | | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | **ACCOUNT TOTALS** | 6,128.28 | 6,128.28 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 6,128.28 | 6,128.28 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$6,128.28** | **$6,128.28** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 19-13388-A |
| **Case Name:** | BEALER, BRANDI |
| | WOODS, BLAKE ALVIN |
| **Taxpayer ID #:** | **-***4678 |
| **Period Ending:** | 04/28/21 |

| | |
|---|---|
| **Trustee:** | Barbara Rivera-Fulton (380060) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******4419 - Checking Account |
| **Blanket Bond:** | $31,981,268.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 6,128.28 |
| Net Estate : | $6,128.28 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******4419** | **6,128.28** | **6,128.28** | **0.00** |
| | **$6,128.28** | **$6,128.28** | **$0.00** |

Printed: 04/28/2021 11:26 AM    V.20.29